April 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ACGS MARINE INSURANCE COMPANY, Appellant

NO. 14-13-00417-CV                    V.

SPRING CENTER, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Spring Center, Inc., signed April 11, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, ACGS Marine Insurance Company, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.